APR-18-2013 01:23P FROM:JOHN MUNDING INS      19183583744          TO:9182931879          P.2

# ACORD

## COMMERCIAL INSURANCE APPLICATION
### APPLICANT INFORMATION SECTION

DATE (MM/DD/YYYY) 04/18/2013

**AGENCY**
JOHN MUNDING INS AGCY INC
108-A 1/2 S BROADWAY
CLEVELAND, OK 74020

**CARRIER**

**NAIC CODE**

**UNDERWRITER:**

**UNDERWRITER OFFICE:**

**POLICIES OR PROGRAM REQUESTED**
GEN LIAB

**POLICY NUMBER**

**INDICATE SECTIONS ATTACHED**

| | |
|---|---|
| ACCOUNTS RECEIVABLE/VALUABLE PAPERS | ELECTRONIC DATA PROC |
| BOILER & MACHINERY | EQUIPMENT FLOATER |
| BUSINESS AUTO | GARAGE AND DEALERS |
| ✓ COMMERCIAL GENERAL LIABILITY | GLASS AND SIGN |
| CRIME/MISCELLANEOUS CRIME | INSTALLATION/BUILDERS RISK |
| DEALERS | OPEN CARGO |
| DRIVER INFO SCHEDULE | PROPERTY |
| | TRANSPORTATION/MOTOR TRUCK CARGO |

| |
|---|
| TRUCKERS/MOTOR CARRIER |
| UMBRELLA |
| VEHICLE SCHEDULE |
| WORKERS COMPENSATION |
| YACHT |

**CONTACT NAME:** SUSAN
**PHONE (A/C, No, Ext):** 918-358-3244
**FAX (A/C, No.):** 918-358-3744
**E-MAIL ADDRESS:** mundinglns@att.net
**CODE:**   **SUB CODE:**
**AGENCY CUSTOMER ID:**

### STATUS OF TRANSACTION

| | |
|---|---|
| ✓ QUOTE | ISSUE POLICY     RENEW |
| BOUND (Give Date and/or Attach Copy) | |
| CHANGE   DATE   TIME   AM | |
| CANCEL   PM | |

### PACKAGE POLICY INFORMATION

ENTER THIS INFORMATION WHEN COMMON DATES AND TERMS APPLY TO SEVERAL LINES, OR FOR MONOLINE POLICIES.

| PROPOSED EFF DATE | PROPOSED EXP DATE | BILLING PLAN | PAYMENT PLAN | AUDIT |
|---|---|---|---|---|
| 05/29/2013 | 05/29/2014 | ✓ DIRECT BILL   AGENCY BILL | PACKAGE POLICY PREMIUM: $ | |

### APPLICANT INFORMATION

**NAME (First Named Insured & Other Named Insureds)**
BENJY D SMITH

**MAILING ADDRESS INCL ZIP+4 (of First Named Insured)**
4900 BARBADOS AVE
SAND SPRINGS, OK 74063

**FEIN OR SOC SEC #** (of First Named Insured): Redacted
**PHONE (A/C, No, Ext):** 918-640-3789

**E-MAIL ADDRESS(ES):**

**WEBSITE ADDRESS(ES):**

| | | | | |
|---|---|---|---|---|
| ✓ INDIVIDUAL | CORPORATION | SUBCHAPTER "S" CORPORATION   LLC | NO. OF MEMBERS AND MANAGERS | |
| PARTNERSHIP | JOINT VENTURE | NOT FOR PROFIT ORG | | DATE BUS STARTED |

**CR BUREAU NAME:**
**ID NUMBER:**

**INSPECTION CONTACT:** BENJY D SMITH
**PHONE (A/C, No, Ext):**
**E-MAIL ADDRESS:**

**ACCOUNTING RECORDS CONTACT:**
**PHONE (A/C, No, Ext):**
**E-MAIL ADDRESS:**

### PREMISES INFORMATION     ACORD 823 attached for additional premises

| LOC # | BLD # | STREET, CITY, COUNTY, STATE, ZIP+4 | CITY LIMITS | INTEREST | YR BUILT | # EMPLOYEES | ANNUAL REVENUES | % OCCUPIED |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 4900 BARBADOS SAND SPRINGS, OK 74063 | ✓ INSIDE / OUTSIDE | ✓ OWNER / TENANT | | 0 | 75,000 salary | 100 |
| | | | INSIDE / OUTSIDE | OWNER / TENANT | | | | |
| | | | INSIDE / OUTSIDE | OWNER / TENANT | | | | |
| | | | INSIDE / OUTSIDE | OWNER / TENANT | | | | |

### NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS BY PREMISE(S)

COURIER SERVICE FOR CASE & ASSOC PROPERTY, TULSA, OK

HE PICKS UP VARIOUS RENTAL PROPERTY PAYMENTS (CHECKS, MONEY ORDERS, & LEASE AGREEMENTS, PAPER WORK, ETC) FROM AROUND THE AREA OF TULSA, OK AND DELIVERS TO HEADQUARTERS OF CASE & ASSOC FOR DEPOSIT.

HE ONLY CARRIES ABOUT $400-$600 AT ONE TIME, NEVER CARRIES CASH.

We have known Benjy for 6 yrs.

APR-18-2013 01:23P FROM:JOHN MUNDING INS     19183583744        TO:9182931879     P.3

## GENERAL INFORMATION

AGENCY CUSTOMER ID: *Benja D. Smith*

| EXPLAIN ALL "YES" RESPONSES | Y/N |
|---|---|
| 1a. IS THE APPLICANT A SUBSIDIARY OF ANOTHER ENTITY? | N |
| 1b. DOES THE APPLICANT HAVE ANY SUBSIDIARIES? | N |
| 2. IS A FORMAL SAFETY PROGRAM IN OPERATION? | N |
| 3. ANY EXPOSURE TO FLAMMABLES, EXPLOSIVES, CHEMICALS? | N |
| 4. ANY CATASTROPHE EXPOSURE? | N |
| 5. ANY OTHER INSURANCE WITH THIS COMPANY OR BEING SUBMITTED? | N |
| 6. ANY POLICY OR COVERAGE DECLINED, CANCELLED OR NON-RENEWED DURING THE PRIOR THREE (3) YEARS? (Not applicable in MO)<br>COMPANY NO LONGER COVERS COURIER SERVICE CODE | Y |
| 7. ANY PAST LOSSES OR CLAIMS RELATING TO SEXUAL ABUSE OR MOLESTATION ALLEGATIONS, DISCRIMINATION OR NEGLIGENT HIRING? | N |
| 8. DURING THE LAST FIVE YEARS (TEN IN RI), HAS ANY APPLICANT BEEN INDICTED FOR OR CONVICTED OF ANY DEGREE OF THE CRIME OF FRAUD, BRIBERY, ARSON OR ANY OTHER ARSON-RELATED CRIME IN CONNECTION WITH THIS OR ANY OTHER PROPERTY?<br>(In RI, this question must be answered by any applicant for property insurance. Failure to disclose the existence of an arson conviction is a misdemeanor punishable by a sentence of up to one year of imprisonment). | N |
| 9. ANY UNCORRECTED FIRE CODE VIOLATIONS? | N |
| 10. ANY BANKRUPTCIES, TAX OR CREDIT LIENS AGAINST THE APPLICANT IN THE PAST FIVE (5) YEARS? | N |
| 11. HAS BUSINESS BEEN PLACED IN A TRUST?<br>IF "YES", NAME OF TRUST: | N |
| 12. ANY FOREIGN OPERATIONS, FOREIGN PRODUCTS DISTRIBUTED IN USA, OR US PRODUCTS SOLD/DISTRIBUTED IN FOREIGN COUNTRIES?<br>(If "YES", attach ACORD 815 for Liability Exposure and/or ACORD 816 for Property Exposure) | N |

REMARKS/PROCESSING INSTRUCTIONS (Attach additional sheets if more space is required)

| COPY OF THE NOTICE OF INFORMATION PRACTICES (PRIVACY) HAS BEEN GIVEN TO THE APPLICANT. (Not applicable in all states, consult your agent or broker for your state's requirements.) |

NOTICE OF INSURANCE INFORMATION PRACTICES - PERSONAL INFORMATION ABOUT YOU, INCLUDING INFORMATION FROM A CREDIT REPORT, MAY BE COLLECTED FROM PERSONS OTHER THAN YOU IN CONNECTION WITH THIS APPLICATION FOR INSURANCE AND SUBSEQUENT POLICY RENEWALS. SUCH INFORMATION AS WELL AS OTHER PERSONAL AND PRIVILEGED INFORMATION COLLECTED BY US OR OUR AGENTS MAY IN CERTAIN CIRCUMSTANCES BE DISCLOSED TO THIRD PARTIES WITHOUT YOUR AUTHORIZATION. YOU HAVE THE RIGHT TO REVIEW YOUR PERSONAL INFORMATION IN OUR FILES AND CAN REQUEST CORRECTION OF ANY INACCURACIES. A MORE DETAILED DESCRIPTION OF YOUR RIGHTS AND OUR PRACTICES REGARDING SUCH INFORMATION IS AVAILABLE UPON REQUEST. CONTACT YOUR AGENT OR BROKER FOR INSTRUCTIONS ON HOW TO SUBMIT A REQUEST TO US.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND [NY: SUBSTANTIAL] CIVIL PENALTIES. (Not applicable in CO, FL, HI, MA, NE, OH, OK, OR, or VT; in DC, LA, ME, TN, VA and WA, insurance benefits may also be denied)
IN FLORIDA, ANY PERSON WHO KNOWINGLY AND WITH INTENT TO INJURE, DEFRAUD, OR DECEIVE ANY INSURER FILES A STATEMENT OF CLAIM OR AN APPLICATION CONTAINING ANY FALSE, INCOMPLETE, OR MISLEADING INFORMATION IS GUILTY OF A FELONY OF THE THIRD DEGREE.

THE UNDERSIGNED IS AN AUTHORIZED REPRESENTATIVE OF THE APPLICANT AND REPRESENTS THAT REASONABLE ENQUIRY HAS BEEN MADE TO OBTAIN THE ANSWERS TO QUESTIONS ON THIS APPLICATION. HE/SHE REPRESENTS THAT THE ANSWERS ARE TRUE, CORRECT AND COMPLETE TO THE BEST OF HIS/HER KNOWLEDGE.

| PRODUCER'S SIGNATURE *Susan Soutter* | PRODUCER'S NAME (Please Print)<br>SUSAN SOUTTER | STATE PRODUCER LICENSE NO (Required in Florida)<br>84949 |
|---|---|---|
| APPLICANT'S SIGNATURE | DATE | NATIONAL PRODUCER NUMBER |

ACORD 125 (2007/10)     Page 2 of 3

APR-18-2013 01:24P FROM:JOHN MUNDING INS        19183583744        TO:9182931879        P.4

**PRIOR CARRIER INFORMATION**

AGENCY CUSTOMER ID: _Benjy D. Smith_

| LINE | CATEGORY | | | | | | | | | | |
|------|----------|---|---|---|---|---|---|---|---|---|---|
| **COMMERCIAL** — **GENERAL LIABILITY** | CARRIER | NORTH STAR | | | | | | | | | |
| | POLICY NUMBER | CG74646 | | | | | | | | | |
| | POLICY TYPE | CLAIMS MADE ☑ OCCURRENCE | | CLAIMS MADE □ OCCURRENCE | | CLAIMS MADE □ OCCURRENCE | | CLAIMS MADE □ OCCURRENCE | | CLAIMS MADE □ OCCURRENCE | |
| | RETRO DATE | | | | | | | | | | |
| | EFF-EXP DATE | 05/29/2012-05/29/2013 | | | | | | | | | |
| | LIMITS — GENERAL AGGREGATE | 1,000,000 | | | | | | | | | |
| | PRODUCTS COMP OP AGGREGATE | INCL | | | | | | | | | |
| | PERSONAL & ADV INJ | 1,000,000 | | | | | | | | | |
| | EACH OCCURRENCE | 1,000,000 | | | | | | | | | |
| | FIRE DAMAGE | 100,000 | | | | | | | | | |
| | MEDICAL EXPENSE | 5,000 | | | | | | | | | |
| | BODILY INJURY OCCURRENCE | | | | | | | | | | |
| | AGGREGATE | | | | | | | | | | |
| | PROPERTY DAMAGE OCCURRENCE | | | | | | | | | | |
| | AGGREGATE | | | | | | | | | | |
| | COMBINED SINGLE LIMIT | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | |
| | TOTAL PREMIUM | $365.00 | | | | | | | | | |
| **AUTOMOBILE LIABILITY** | CARRIER | | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | | |
| | COMBINED SINGLE LIMIT | | | | | | | | | | |
| | BODILY INJURY EA PERSON | | | | | | | | | | |
| | EA ACCIDENT | | | | | | | | | | |
| | PROPERTY DAMAGE | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | | |
| **PROPERTY** | CARRIER | | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | | |
| | BUILDING AMT | | | | | | | | | | |
| | PERS PROP AMT | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | | |
| | CARRIER | | | | | | | | | | |
| | POLICY NUMBER | | | | | | | | | | |
| | POLICY TYPE | | | | | | | | | | |
| | EFF-EXP DATE | | | | | | | | | | |
| | LIMIT | | | | | | | | | | |
| | MODIFICATION FACTOR | | | | | | | | | | |
| | TOTAL PREMIUM | | | | | | | | | | |

**LOSS HISTORY**

ENTER ALL CLAIMS OR LOSSES (REGARDLESS OF FAULT AND WHETHER OR NOT INSURED) OR OCCURRENCES THAT MAY GIVE RISE TO CLAIMS FOR THE PRIOR 5 YEARS (3 YEARS IN KY & NY)   ☑ CHK HERE IF NONE     SEE ATTACHED LOSS SUMMARY

| DATE OF OCCURRENCE | LINE | TYPE/DESCRIPTION OF OCCURRENCE OR CLAIM | DATE OF CLAIM | AMOUNT PAID | AMOUNT RESERVED | CLAIM STATUS OPEN | CLSD |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

REMARKS     NOTE: FIDELITY REQUIRES A FIVE YEAR LOSS HISTORY

ATTACHMENTS     STATE SUPPLEMENT(S) (if applicable)

ACORD 128 (2007/10)                    Page 3 of 3