| The Burlington Insurance Company | | Release Date: 03/19/2014 |
|---|---|---|
| State: OK | Line: General Liability | Edition: 0314 |
| Named Insured: | | Create Date: 04/28/2017 2:45:23 pm |

**Class Code: 98751   Security And Patrol Agencies**

Security And Patrol Agencies. Products-completed operations are subject to the General Aggregate Limit for this class. *This is a service classification.*

| | |
|---|---|
| **Class Authority:** | **Bind** |
| **Authority Notes:** | If rates or factors are displayed on this page for limits in excess of $1,000,000/$3,000,000, see INCREASED LIMITS (IN EXCESS OF $1,000,000/$3,000,000) guides within the General Liability Underwriting Section to verify your binding authority for those limits. |
| **Mandatory Deductible:** | None. The rate table below does not contemplate deductibles |
| **Deductible Exception:** | None. |

**Underwriting Comments**

- If the risk performs any bail bond operations, send the entire risk to your **Submit** Department Underwriter for consideration.
- Inspection required if premium is ≥ $10,000.
- Separately classify and rate "Armored Car Service Companies".
- **Submit** if gross receipts exceed $2,000,000.
- **No** auto repossessions, bail bond operations, bounty hunters, body guards, bouncers, funeral escort services, insurance adjusters, monitoring of emergency medical alarms, operations involving nuclear power plants, airport security, housing authorities, drug surveillance, or any work done for any military branch.
- Always properly classify and charge for contractors – subcontracted work exposures. If such a subcontracted work classification is prohibited by our manuals, then the entire risk is prohibited. Please refer to the Bookmarks – Commercial General Liability – GL Underwriting – Contractors Underwriting Guidelines for additional underwriting considerations in connection with sub-contracted work. No sub-contracted work in excess of 25%.
- Attach completed, signed and dated form **BG-C-483**, *Security Guard/Detective Agencies Supplemental Application.*
- Contact your BIG **Bind** Department underwriter via phone, fax or email about personnel with arrest authority, polygraph work, school crossing guards, courier services, concert security operations and alarm or surveillance monitoring systems other than emergency medical alarms. Any arrest authority must have been granted by a law enforcement entity (i.e. Police Department, Sheriff's Department or Highway Patrol Department).
- Coverage is excluded for canines and firearms. No exceptions. No rate credit applies. See BG-G-021 Exclusion - Security Service, Detective And Patrol Agency (Canines And Firearms).
- Insured must hold a license issued by the proper authority. • If insured is involved in other operations (alarm installation, fire extinguisher servicing, etc.), these operations can be separately rated if a division of payroll & gross receipts is available. If such a division is not available, the highest rated classification must be used.
- Personal and Advertising injury are excluded. Do not give rate credit for this exclusion.
- Type **"Incl. in Gen. Agg."** in the Products/Completed Operations limit area on the CGL Declarations page, IFG-G-0002-DL. Refer Criteria

**Developed Rate Table**                                                                             **Rate Basis: Payroll**

Limit of Liability - Per Occurrence / Aggregate (Combined Single Limit)                     Limit ID: 2-

| ISO Territory | 100/200 | 300/300 | 300/600 | 500/500 | 500/1000 | 1000/1000 | 1000/2000 | 2000/2000 | 2000/4000 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 12.700 | 14.986 | 15.367 | 16.383 | 16.637 | 17.907 | 18.161 | n/a | n/a |
| 2 | 12.700 | 14.986 | 15.367 | 16.383 | 16.637 | 17.907 | 18.161 | n/a | n/a |
| 3 | 12.700 | 14.986 | 15.367 | 16.383 | 16.637 | 17.907 | 18.161 | n/a | n/a |
| PRODCOMP - Entire State | - | - | - | - | - | - | - | n/a | n/a |
| GL Policy Minimum Premium - Monoline | $500 | $525 | $525 | $550 | $550 | $600 | $600 | n/a | n/a |
| GL Policy Minimum Premium - Package | $450 | $475 | $475 | $500 | $500 | $550 | $550 | n/a | n/a |

**Rating Factors**

**Minimum Premium Rules:**

Any additional coverage part (Property, Inland Marine, Liquor Liability, Garage) is subject to the additional Minimum Premium that applies for that coverage part.

For multi-class risks, apply the minimum premium for the highest class to the policy.

**$3,000,000 Aggregate Limit (General and/or Products-Completed Operations):**
You may apply a surcharge to the rates displayed on this page to provide a $3,000,000 aggregate limit.
- For $1,000,000/$3,000,000 Limit: Surcharge the $1,000,000/$2,000,000 rate by a factor of 1.02. These limits are subject to the $1,000,000 per occurrence limit minimum premium.
- For $2,000,000/$3,000,000 Limit: Surcharge the $2,000,000/$2,000,000 rate, if shown on this page, by a factor of 1.015. These limits are subject to the $2,000,000 per occurrence limit minimum premium.

New Ventures Surcharge (new in business at the same business and location to be insured, for less than 12 months). Only apply for the first policy period. Remove at renewal. 1.10

Deductible Factors

TRIA Charges

GL Rating Factors

### Mandatory Class Specific Endorsements in addition to GL Mandatory Forms

| Form Number | Edition | Form Title | Notes |
|---|---|---|---|
| BG-G-021 | 04 13 | Exclusion - Security Service, Detective and Patrol Agency (Canines and Firearms) | |
| BG-G-042 | 12 11 | Exclusion - Assault, Battery Or Other Physical Altercation | |
| CG 21 38 | 11 85 | Exclusion - Personal And Advertising Injury | When this form is used, remove IFG-G-0062, type "Excluded" for Personal and Advertising Injury Limit. |
| CG 22 29 | 11 85 | Exclusion - Property Entrusted | |
| IFG-G-0105 | 09 09 | Exclusion - Professional Liability | |

GL Mandatory Form Listing

| Additional Sales Opportunities | Coverage Options |
|---|---|
| Inland Marine | Credits For Excluded or Limited Coverage |
| Employee Benefits Liability Coverage | GL Additional Insured |
| | Damage To Premises Rented To You |
| | Waiver of Subrogation |
| | Primary & Non-Contributory |
| | Medical Payments - Additional Limits |
| | Increased Limits (In Excess of $1,000,000/$3,000,000) |

### Property Rate Pages

| Class Definition | Authority | CSP Code |
|---|---|---|
| Security And Patrol Agencies | Bind | 0702 |

**Authority Notes:** See Property Rate Pages for Authority Notes.

### Underwriting Quick Links

ACORD Forms
GL State Exceptions
Territory Descriptions
GL Binding Authority – Limits
GL Optional Forms
GL Policy Issue Instructions
GL Underwriting
Inspection Forms
ISO Rules 24 - 29
Supplemental Applications
Underwriting Bulletins
Worksheets

Copyright (c) 1994 - 2014 Alamance Services Incorporated. All rights reserved. Unpublished. Includes copyrighted material of ISO Properties, Inc., with its permission.